IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| LIFENG HOU, | : |
|     Plaintiff, | : |
| | :   Civil No. 2:19-cv-02136-JMG |
|         v. | : |
| | : |
| VOYA INSURANCE AND ANNUITY | : |
| COMPANY, *et al.*, | : |
|     Defendants. | : |

_____

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION**

**AND NOW**, this 2nd day of November, 2020, upon consideration of Defendant Voya Financial, Inc.'s ("VFI") Motion to Compel Arbitration (ECF No. 24), Plaintiff's Response to Defendant's Motion (ECF No. 30), Defendant's Reply in Support (ECF No. 34), and the oral argument that occurred on August 6, 2020 (see ECF No. 37), **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion to Compel Arbitration is **GRANTED**;

2. Plaintiff and VFI shall proceed to arbitration as outlined in their Arbitration Agreement; and

3. The Clerk of Court is directed to **DISMISS** Defendant VFI without prejudice.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge