# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIFENG HOU,<br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>VOYA INSURANCE AND ANNUITY<br>COMPANY, *et al.,*<br>　　　　　Defendants. | Civil No. 2:19-cv-02136-JMG |

## ORDER

**AND NOW**, this 15th day of December, 2021, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 81), Plaintiff's response (ECF No. 85), and Defendants' reply (ECF No. 89), for the reasons set forth in the accompanying memorandum opinion, **IT IS HEREBY ORDERED** as follows:

1. Defendants' motion is **GRANTED**.

2. Judgment is **ENTERED** in favor of Defendants and against Plaintiff on all counts.

3. The Clerk of Court shall mark this case as **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge